UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KNOWLEDGE EXTRACTION TOOLS, LLC.,

      Plaintiff,

  v.

DIGITAL REASONING SYSTEMS, INC.,

      Defendant.
_____/

NO. CIV. S-06-2545 LKK EFB

O R D E R

    The plaintiff has consented to defendant's motion to transfer and accordingly, the case is transferred to the United States District Court for the Central District of California.

    IT IS SO ORDERED.

    DATED: February 27, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT